IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LEVI BENJAMIN | : CIVIL ACTION |
|---|---|
| | : |
| v. | : |
| | : NO. 17-3666 |
| LYDIA BENJAMIN | : |

## ORDER

**AND NOW**, this 25th day of September 2017, upon considering Defendant's uncontested

Motion to Dismiss (ECF Doc. No. 2) and for reasons in the accompanying Memorandum, it is

**ORDERED** Defendant's Motion (ECF Doc. No. 2) is **GRANTED** and the Complaint is

**DISMISSED with prejudice** as amending the Complaint against this Defendant based on her

conduct in an ongoing state court divorce proceeding is futile.

_____
KEARNEY, J.